|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 24 2023 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

In re: MICHAEL T. ANDERSON.

_____

MICHAEL T. ANDERSON,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, MISSOULA,

        Respondent,

MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES; et al.,

        Real Parties in Interest.

No. 23-70118

D.C. No. 9:23-cv-00075-DLC
District of Montana,
Missoula

ORDER

Before: TALLMAN, N.R. SMITH, and COLLINS, Circuit Judges.

    Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

    Petitioner's motion to proceed in forma pauperis (Docket Entry No. 2) is denied as moot.

OSA161

No further filings will be entertained in this closed case.

**DENIED.**