UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL T. ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHARLIE BRERETON, in his official capacity as the Director of Department of Public Health and Human Services,<br><br>　and<br><br>SAM OLIVER, in his official capacity as the Executive Director of the Missoula Housing Authority,<br><br>　　　　　Defendants. | Case No. CV-23-75-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　**X**　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that, in accordance with the order dated January 30, 2024 (Doc. 9), the above-captioned matter is DISMISSED WITH PREJUDICE for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

　　Dated this 30th day of January, 2024.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Sarah Nagy
　　　　　　　　　　　　　　Sarah Nagy, Deputy Clerk